IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 MAR 26 PM 3: 16

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCUS D. WHEELER,

    Defendant.

Case No. 8:07CR356

RECEIPT FOR RETURNED EXHIBITS

Pursuant to NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Plaintiff's Exhibits 1-4 of Supervised Release Hearing Held 11/5/2013

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Plaintiff

DATED: 3/26/14

BY: [signature]
Paralegal Specialist
for Nancy A. Svoboda

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd
Approved: September 6, 2007